**RECEIVED**
IN ALEXANDRIA, LA.

MAR 1 1 2013

TONY R. MOORE, CLERK
BY_____
  DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AWSUKNE D'hefi BIBBS<br>LA. DOC #572826<br>VS. | CIVIL ACTION NO. 3:12-cv-3083<br><br>SECTION P<br><br>JUDGE JAMES T. TRIMBLE, JR. |
| OUACHITA CORRECTIONS<br>CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED** pursuant to FRCP Rule 41 and Local Rules 41.3 and 3.2.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this \_\_11th\_\_ day of \_\_March\_\_, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE